July 27, 2015

Vernon Erwin Satchell
1961311
Choice Moore Unit
1700 N. FM 87
Bonham, Texas 75418

68,903-04,05

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78701-1614

Dear Court Clerk:

On July 24, 2015 I mailed a Motion for Remand to the Texas Court of Criminal Appeals. At the time I mailed it I only had the trial Court Cause numbers which are: 2013-367-C2A, and 2013-466-C2A. I now know the Cause numbers assigned to those cases by Your office which are: WR-68903-04 (2013-367-C2A) and WR-68903-05 (2013-466-C2A).

I am now writing to request of You to Please see that my request for Remand is Presented to the Court for consideration. Thank You!

Respectfully requested,

Vernon Satchell